UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HESTER TUGGLE,<br><br>　　　　Plaintiffs,<br><br>VERSUS<br><br>L. DILLON TREE SERVICE HARVESTING, LLC,<br>BOBBY DILLON AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY<br>　　　　Defendants | CIVIL ACTION NO.:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

## COMPLAINT

This complaint of Hester Tuggle, a person of full age of majority and a resident of and domiciled in Washington Parish, State of Louisiana, who with respect represent as follows:

1.

Made defendant herein are:

　　A.　L. DILLON TREE SERVICE HARVESTING, LLC a foreign corporation, having its principal place of business in the State of Mississippi.

　　B.　BOBBY DILLON, a person of the full age of majority and a domiciliary of the State of Mississippi.

　　C.　BERKSHIRE HATTHAWAY HOMESTATE INSURANCE OMPANY ("Berkshire"), foreign insurance company having its principal place of business in the State of Nebraska.

1

## JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Ms. Tuggle is a citizen of the State of Louisiana. Defendants are citizens of Mississippi and Nebraska.

3.

Venue is appropriate in the Eastern District of Louisiana under 28 U.S.C. § 1391 (b) because the accident giving rise to this complaint occurred in Washington Parish.

4.

This court has personal jurisdiction over defendants by virtue of their operation of business activities within the State of Louisiana, establishing minimum contacts.

## FACTUAL ALLEGATIONS

5.

Upon information and belief, on May 16, 2022, Hester Tuggle was operating her vehicle eastbound on Highway 10 in Washington Parish when she came to a stop at stop sign. A vehicle being operated by Kourtney Cleveland came to a stop behind Ms. Tuggle's vehicle. A tractor trailer being operated by Bobby Dillon, who was in the course and scope of his employment with L. Dillon Tree Service Harvesting, LLC, was traveling eastbound on Highway 10 at a high rate of speed. Realizing that he was driving recklessly, Mr. Dillon swerved into the oncoming traffic lane to avoid hitting Ms. Cleveland's vehicle. He then swerved his vehicle to the right to reenter the eastbound lane and in doing so hit Ms. Cleveland's vehicle, pushing her off the roadway. Ms.

Dillon then rammed into the rear of Ms. Tuggle's vehicle ultimately ending up in ditch, which caused his trailer loaded with logs to roll on top of Ms. Tuggle's vehicle.

6.

That the above-described collision was solely caused by the negligence of Bobby Dillon and its which is more particularly more particularly described as follows:

      A.      Traveling at a high rate of speed.

      B.      Failing too closely.

      C.      Improper lane usage.

      D.      Failing to keep his vehicle under control.

      E.      Acting indifferent toward the safety of others

11.

As a direct and proximate cause of the negligence of Dillon, Ms. Hester suffered multiple herniated discs which has and will require extensive medical treatment, left facial and eye injury causing permanent scarring. She has and will continue to suffer physical pain and suffering and mental anguish. She has and continues to incur medical expenses related to the conduct of Mr. Dillon.

12.

Ms. Tuggle is entitled to recover damages including but not limited to the following: past, present, and future: medical expenses; physical pain and suffering; mental anguish and emotional distress; loss of enjoyment of life; disability; permanent injury; and all other general and equitable relief as the court may determine appropriate.

13.

At all material times mentioned herein Berkshire maintained a policy of liability insurance covering all acts of negligence of Bobby Dillon and L. Dillon Tree Service Harvesting, LLC and are therefore liable for whatever amount they may be cast in judgment.

**WHEREFORE**, the petitioners pray that the Defendants, L. Dillon Tree Service Harvesting, LLC, Bobby Dillon and Berkshire Hathaway Homestate Insurance Company be duly served and cited to appear and answer this Complaint, and that after due proceedings are had there be judgment rendered herein in favor of Hester and against the defendants, L. Dillon Tree Service Harvesting, LLC, Bobby Dillon and Berkshire Hathaway Homestate Insurance Company finding them liable in an amount as it may be reasonable on the premises and/or sufficient to adequately compensate Plaintiffs for their damages, together legal interest thereon from date of judicial demand until paid, and for all costs of this suit, and for all general and equitable relief deemed proper by this Honorable Court.

Respectfully submitted,

_____
CHRISTOPHER J. BRUNO #18818
**LAW OFFICES OF CHRISTOPHER J. BRUNO**
**1100 Poydras Street, Suite 1300**
**New Orleans, Louisiana 70163**
**504-581-8222**
**Direct (504) 606-8093**
**Fax: (504) 249-8010**
**chris@cjbrunolaw.com**